IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                    No. 4:11CR00071 JLH

RICHARD C. MATHEWS                                                                DEFENDANT

## ORDER

Lea Ellen Fowler's motion to withdraw as counsel for the defendant, Richard C. Mathews, is hereby referred to the United States Court of Appeals for the Eighth Circuit. Document #72.

IT IS SO ORDERED this 12th day of November, 2013.

                                                          */s/ J. Leon Holmes*
                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE